[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
ORDER RE: OBJECTION TO PLAINTIFF'S FIRST SET OF INTERROGATORIESAND MOTION FOR PRODUCTION
The court sustains defendant's objections to the following interrogatories:
1((B); 6; 7; 10(B), (C), (D); 25(B), (C), (D); 33(A), (B), (C), (D); 68(A), (B), (C), (D); 73(A), (B), (C), (D); 78; 93; 94(A), (B); 100; 101; 108; 109(A), (B); 123; 124(A), (B); 135(B); 138; 139; 150(A), (B), (C), (D), (E); 153; 154(A), (B); 165(A), (B), (C), (D), (E); 168; 169(A), (B); 175; 176; 180(A), (B), (C), (D), (E); 183; 184(A), (B); 198; 199(A), (B); 223; 228; 229; 230; 231; 232; 233; 234; 242(C); 246(C); 267(A); 268(A); 269(A); 273(D), (E), (F), (H); 275; 278; 279; 280; 281; 282; 283; 284; 285; 286; 287; 288; 289; 295; 296; 297; 298; 299; 300; 301.
The court overrules defendant's objections to the following interrogatories:
73(G); 107; 117; 130; 131; 132; 135(A), (C), (D), (E); 145; 146; 147; 214(A), (B); 271; 272; 277.
The remainder of the interrogatories have either been answered or defendant has agreed to supply answers and withdrew objections.
In regard to objections to production, this court sustains defendant's objections to the following requests:
2, 3, 4, 7, 8, 9, 12, 14, 15, 21, 22, 23, 24, 25, 26, 27, 28, 29, 31.
The following objections are overruled:
5, 10, 37, 38. CT Page 11863
The remainder of the requests for production have been complied with or will be complied with, provided that there are, in fact, such documents.
So ordered by the court.
/s/ Kulawiz, J. KULAWIZ